AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _MASSACHUSETTS_

APPEARANCE

Case Number: 04-30007-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

United States v. Ann Marie Czaplicki.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11 March 2004 | /s/ Paul H. Smyth |
| Date | Signature |
| | Paul H. Smyth |
| | Print Name / Bar Number |
| | 1550 Main St. |
| | Address |
| | Springfield   MA   01103 |
| | City / State / Zip Code |
| | (413) 785-0106     785-0394 |
| | Phone Number / Fax Number |