O AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MASSACHUSETTS

UNITED STATES OF AMERICA

V.

ANN MARIE CZAPLICKI

**NOTICE**

CASE NUMBER: 04-30007-MAP

TYPE OF CASE:

G  CIVIL       :  CRIMINAL

: **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, MA 01103 | DATE AND TIME |
| | March 29, 2004 at 2:00 p.m. |

TYPE OF PROCEEDING

**INITIAL APPEARANCE AND ARRAIGNMENT**

9  **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | | |

TONY ANASTAS, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

March 12, 2004                                  /s/ Bethaney A. Healy
DATE                                             (BY) DEPUTY CLERK

TO:    All counsel of record
       Defendant