UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) </br> ) </br> ) </br> v. ) </br> ) </br> ) </br> ANN MARIE CZAPLICKI, ) </br> Defendant ) | Criminal Action No. 04-30007-MAP |

INTERIM SCHEDULING ORDER
May 19, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial Status Conference this day.

1. A final status conference will be held on June 24, 2004, at 2:30 p.m. in Courtroom III.

2. On or before the close of business, June 22, 2004, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge