# HELLMAN & SHEARN
## ATTORNEYS AT LAW

DAVID N. HELLMAN *
KENNETH M. SHEARN *△

OF COUNSEL
JUDITH C. KNIGHT†

* ALSO ADMITTED IN NEW YORK
△ ALSO ADMITTED IN CALIFORNIA
† ALSO ADMITTED IN COLORADO

342 MAIN STREET
GREAT BARRINGTON, MASSACHUSETTS 01230
TELEPHONE (413) 528-4800
FACSIMILE (413) 528-9988
E-MAIL: lawyers@hellmanshearn.com

Via fax 413-785-0204 and regular mail
U.S District Court
1550 Main Street
Room 521
Springfield, MA 01103

June 21, 2004

Attn: Bethany Healey, Clerk
    for Judge Michael Neiman

RE:  United States v. Ann Marie Czaplicki
     Criminal No. 04-030007-001

Dear Ms. Healey:

   Please view this letter as a joint request for a continuance and/or rescheduling of the status conference in the above matter which is currently on for June 24th at 2:00 p.m. The reason for this request is that the AUSA Paul Smith has recently provided significant discovery in this matter and I required additional time, at least two more weeks, to meet with my client to discuss her options with her.

   In view of the above would you kindly reschedule the matter for July 12,13 or 14th at 3:00 if possible at date and time convenient to the Court.

                                    Sincerely yours,

                                    Judith C. Knight
                                    Judith C. Knight

cc Paul Smith fax only 413-785-0394