UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 04-30007-MAP |
| ) | |
| ANN MARIE CZAPLICKI, ) | |
| Defendant. ) | |

**INITIAL STATUS CONFERENCE REPORT
PURSUANT TO LOCAL RULE 116.5(A)**

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, Paul Hart Smyth, Assistant United States Attorney, and Judith C. Knight, Esq., counsel for Ann Marie Czaplicki, hereby submit the following status report pursuant to Local Rule 116.5(A) and Magistrate Judge Neiman's order.

1. The parties agree at this time that this case does not require relief from the timing requirements imposed by Local Rule 116.3.

2. The defendant has no further discovery requests at this time.

3. The parties agree that it would be unnecessary to establish a schedule under Fed. R. Crim. P. 12(c) for the filing and disposition of pretrial motions at the present time.

4. The parties agree that the following periods of time are excludable from the Speedy Trial Act:

1

    a.    the period of time from March 12, 2004, the date of the defendant's initial appearance, through April 5, 2004, the date on which the defendant was arraigned, on the grounds that the defendant was unrepresented, thus unavailable during that time period, pursuant to 18 U.S.C. § 3161(h)(3)(A);

    b.    the period of time from April 5, 2004, the date of the defendant's arraignment at which time she notified the government that she was filing a notice of non-waiver of the automatic discovery, through June 24, 2004, as ordered by the court on May 19, 2004.

    c.    the period of time from June 24, 2004, through July 14, 2004, the date of the final scheduled status conference, as proposed by the parties JOINT MOTION TO CLARIFY DEFENDANT'S MOTION FOR CONTINUANCE OF THE STATUS CONFERENCE filed June 25, 2004, that such exclusion is in the interests of justice, pursuant to 18 U.S.C. § 3161(h)(8)(A).

The parties request that the Court issue an order indicating that the time periods described in the above subparagraphs are excludable pursuant to the Local Rules and 18 U.S.C. § 3161.

6.    The parties have discussed the possibility of resolving this case with a plea and anticipate that the defendant will plead guilty. The only disputed issue at this time is the amount of U.S. Currency that the defendant embezzled from the Westfield Bank. The parties request a date four to six weeks from today's date (7/14/04) for change of plea. During this time period the parties will meet to further review and discuss the total amount of the embezzlement.

                      Respectfully submitted,

                      MICHAEL J. SULLIVAN
                      United States Attorney

By: _____
Paul Hart Smyth
Assistant U.S. Attorney


_____
Judith Knight, Esq.
Counsel for Ann Marie Czaplicki


Dated: July 14, 2004