UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v. )<br>)<br>)<br>)<br>ANNE MARIE CZAPLICKI, )<br>Defendant ) | Criminal No. 04-30007-MAP |

FINAL STATUS REPORT
July 14, 2004

NEIMAN, U.S.M.J.

The court held a final status conference this day and, in accord with Local Criminal Rule 116.5(D), reports as follows:

1. A trial is unlikely. An initial pretrial conference has been scheduled for September 9, 2004 at 2:00 p.m. in Courtroom I.

2. All discovery has been completed.

3. The parties report and the court finds that no time has run on the Speedy Trial clock as of today. An Order of Excludable Delay will issue.

4. There are no other matters relevant to the progress or resolution of the case.

  /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge