```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
         v.                   )    CRIMINAL NO. 04-30007-MAP
                              )
ANN MARIE CZAPLICKI,          )
    Defendant.                )
                              )
```

                    GOVERNMENT'S STATUS REPORT

   The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully notifies this Court that the Government is not in a position to file a memorandum regarding a change of plea in the above-captioned case, since as of 3:45 pm on October 8, 2004, the Defendant has not stated her intentions to the Government regarding a plea agreement.

   The Government also respectfully notifies this Court of its intention to seek a superseding indictment alleging the amount of fraud in the above-captioned case.  Such an indictment may render a restitution hearing unnecessary.  The Government will attempt to continue to conference this case with Counsel for Defendant, Attorney Judith Knight, and report to the Court the status of this case.

                                   Respectfully submitted,

                                   MICHAEL J. SULLIVAN
                                   United States Attorney

                              By:  S/ Paul Hart Smyth
                                   _____
                                   Paul Hart Smyth
                                   Assistant U.S. Attorney

CERTIFICATE OF SERVICE

Hampden,  ss.                              Springfield, Massachusetts
                                           October 8, 2004

    I, Paul Hart Smyth, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by facsimile (413-528-9988) and mail on October 8, 2004, to Attorney Judith Knight, 342 Main Street, Great Barrington, MA, 01230.

                                                      _____
                                                      Paul Hart Smyth
                                                      Assistant U.S. Attorney