# HELLMAN & SHEARN
## ATTORNEYS AT LAW

DAVID N. HELLMAN *
KENNETH M. SHEARN *△

OF COUNSEL
JUDITH C. KNIGHT†

* ALSO ADMITTED IN NEW YORK
△ ALSO ADMITTED IN CALIFORNIA
† ALSO ADMITTED IN COLORADO

342 MAIN STREET
GREAT BARRINGTON, MASSACHUSETTS 01230
TELEPHONE (413) 528-4800
FACSIMILE (413) 528-9988
E-MAIL: lawyers@hellmanshearn.com

October 19, 2004

Via fax 413-785-0204 and regular mail
U.S District Court
1550 Main Street
Room 521
Springfield, MA 01103

Attn: Elizabeth French, Clerk
    for Judge Michael Ponsor

RE: United States v. Ann Marie Czaplicki
Criminal No. 04-030007-001

Dear Ms. French:

    Please view this letter as an assented to request from the Defendant for a continuance and/or rescheduling of the plea date of October 22, 2004 to a date in January of 2005 or a time earlier if the Court requires an earlier date. I have spoken with AUSA Paul Smith and he advises that a plea date in January is acceptable to him. I make this request on m behalf of Ms. Czaplicki who for personal reasons needs additional time to resolve this matter through a plea. At this juncture, I do not anticipate a dispute regarding the amount of restitution claimed by the government.

    If the Court is so inclined to continue the plea date, may I suggest January 11th or 18th in the afternoon or a date convenient to the Court. These dates are s acceptable to AUSA Smith.

    Kindly advise as to the request in this letter at your earlier convenience. Thank you for your attention to this matter.

Sincerely yours,

Judith C. Knight

cc Paul Smith, AUSA via fax
   Ann Marie Czaplicki