UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. |
| v. ) | |
| ) | VIOLATIONS: |
| ANN MARIE CZAPLICKI, ) | |
| Defendant. ) | 18 U.S.C. § 656 Bank Embezzlement |
| ) | (Count One) |

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

**COUNT ONE**:   18 U.S.C. § 656, Bank Embezzlement

1. From on or about December 2002 to on or about October 2003, in East Longmeadow, and elsewhere in the District of Massachusetts,

**ANN MARIE CZAPLICKI**,

the defendant, being an employee of Westfield Bank, the accounts of which were insured by the Federal Deposit Insurance Corporation, did knowingly and willfully embezzle, abstract, purloin, and misapply approximately $38,000.00 of the monies and funds belonging to the Westfield Bank or otherwise entrusted to its care.

All in violation of Title 18, United States Code, Section 656.

## Notice of Additional Factors

The GRAND JURY further finds that:

1. The defendant did knowingly and willfully embezzle, abstract, purloin, and misapply approximately $38,000.00. Accordingly, USSG § 2B1.1(b)(1)(D) applies to this case.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS: _____October 19_____, 2004

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK OF THE COURT