AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | **NOTICE** |
|---|---|
| V. | |
| ANN MARIE CZAPLICKI | CASE NUMBER: 04-30007-MAP |

TYPE OF CASE:
☐ CIVIL    ☒ CRIMINAL

x **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U.S. District Court | Courtroom 1 before Michael A. Ponsor, USDJ |
| 1550 Main Street | DATE AND TIME |
| Springfield, MA | FEBRUARY 7, 2005 AT 2:00 P.M. |

TYPE OF PROCEEDING

CHANGE OF PLEA HEARING

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

WILLIAM RUANE, ACTING
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

1/24/05
DATE                                    (BY) DEPUTY CLERK

TO: