UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ANN MARIE CZAPLICKI, )<br>Defendant. )<br>) | CRIMINAL NO. 04-30007-MAP |

## DEFENDANT'S MOTION FOR CONTINUANCE OF THE PLEA DATE

Now comes the Defendant, Ann Marie Czaplicki, and moves this Honorable Court to continue her plea date from Monday, February 7, 2005 at 2:00 p.m. to Wednesday, February 16, 2005 at 2:00p.m. due to the fact that on this date, February 7, 2005. Defendant is extremely ill, having a fever with a temperature of 102.7° and a double ear infection and she is therefore unable to appear in Court on the above matter in any meaningful way.

This request has also been made telephonically to Liz French, Clerk for Judge Michael Ponsor, due to the urgency of the matter.

Respectfully submitted,

Defendant,
Ann Marie Czaplicki

By: _____
Judith C. Knight, Esq.
342 Main Street
Great Barrington, MA 01230
413- 528-4800 (telephone)
413-528-9988 (facsimile)
jknight@hellmanshearn.com (e-mail)
BBO #551896

CERTIFICATE OF SERVICE

I, Judith C. Knight hereby certify that on this 2nd day of February, 2005, I served **DEFENDANT'S MOTION FOR CONTINUANCE OF THE PLEA DATE** upon the relevant parties via first class mail, postage prepaid to:

Paul Hart Smyth
**Assistant U.S. Attorney**
**U.S District Court**
**1550 Main Street**
**Third Floor**
**Springfield, MA  01103**

_____
Judith C. Knight, Esquire