UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 04-30007-MAP |
| | ) |
| ANN MARIE CZAPLICKI, | ) |
| Defendant. | ) |
| | ) |

## DEFENDANT MOTION (ASSENTED TO) TO CONTINUE SENTENCING DATE

The Defendant Ann Marie Czaplicki hereby moves this Court to continue the sentencing date from May 19, 2005 to a date after June 6, 2005. Ms. Czaplciki states that she pled guilty on February 23, 2005.

As reasons therefore, Ms. Czaplicki states that one of her daughters is scheduled for a Commencement at the end of May and Ms. Czaplicki wishes to be present and available to her daughter for this important occasion. Secondarily, Ms. Czaplicki is in the process of gathering medical records and other data for probation for the pre-sentence report and would also benefit in that regard from an additional three week continuance. The parties state that, at present, in the second or third week in June most any time is available for them and defer to the Court's convenience to reschedule the hearing date, if the Court is so inclined.

Respectfully submitted,
Counsel for the Defendant

Judith Knight, Esq.
BBO# 551896
342 Main Street
Great Barrington, MA 01230
413-528-4800
413-528-9988

## CERTIFICATE OF SERVICE

I, Judith C. Knight hereby certify that on this 24 day of March, 2005, I served **DEFENDANT'S MOTION TO CONTINUE SENTENCING DATE** upon the relevant parties via first class mail, postage prepaid to:

Paul Hart Smyth
**Assistant U.S. Attorney**
**U.S District Court**
**1550 Main Street**
**Third Floor**
**Springfield, MA 01103**

_____
Judith C. Knight, Esquire