UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                         ) | CRIMINAL NO. 04-30007-MAP |
| ) | |
| ANN MARIE CZAPLICKI,       ) | |
| Defendant.                 ) | |
| ) | |

**DEFENDANT'S (ASSENTED TO) MOTION FOR CONTINUANCE OF THE SENTENCING DATE**

Now comes the Defendant, Ann Marie Czaplicki, and moves this Honorable Court to continue her plea date from Thursday, June 9, 2005 at 2:00 p.m. to date a suggested date of July 18, 2005 at 2:00p.m., a date agreeable to all parties or another date at the Court convenience.

As reasons therefore, The Defendant states that she was first able to meet with probation for the purposes of the pre-sentence report on May 6, 2005. As of the date of this writing, there are still additional documents and other information that the Defendant is gathering for probation to be included in the report. Due to scheduling the home visit for probation will not take place until June 1, 2005. Respectfully, the Defendant would benefit from the additional time requested so that she can fully apprise probation of her situation and review the pre-sentence report thoroughly once it is provided to her.

The Government assents to this request.

For all of the reasons, the Defendant requests that the Court reschedule the Sentencing date as requested herein.

Respectfully submitted,
Defendant, Ann Marie Czaplicki
By her Attorney,

Judith C. Knight, Esq.
342 Main Street
Great Barrington, MA 01230
413- 528-4800 (telephone)
413-528-9988 (facsimile)
BBO #551896

*[Handwritten annotation: Motion Allowed by Court. Ponsor, USDJ. By Ezumwa [?] June 1 by Ct. 5-26-05]*

## CERTIFICATE OF SERVICE

I, Judith C. Knight hereby certify that on this 25 day of May, 2005, I served **DEFENDANT'S MOTION TO CONTINUE SENTENCING DATE** upon the relevant parties via first class mail, postage prepaid to:

**Paul Hart Smyth**
**Assistant U.S. Attorney**
**U.S District Court**
**1550 Main Street**
**Third Floor**
**Springfield, MA  01103**

_____
Judith C. Knight, Esquire