UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-30007-MAP |
| ) | |
| ANN MARIE CZAPLICKI, ) | |
| Defendant. ) | |

### DEFENDANT'S (ASSENTED TO) MOTION FOR CONTINUANCE OF THE SENTENCING DATE

Now comes the Defendant, Ann Marie Czaplicki, and moves this Honorable Court to continue her plea date from Monday, July 18, 2005 at 2:00 p.m. to a suggested date(s) of September 9, 12, 13, 26, 27, 2005 at 2:00p.m., a date agreeable to all parties, or another date at the Court's convenience.

As reasons therefore, The Defendant states that her counsel, Judith K. Knight, Esq., is currently on trial in the Berkshire Superior Court in front of Honorable John Agostini in the matter of Commonwealth v. Kyle Sawin, Docket #BECR2004-00309. This trial is expected to run until Tuesday, July 19, 2005 or later. Therefore, attorney Judith K. Knight is unable to appear on July 18, 2005.

AUSA Paul Hart Smyth assents to this request and agrees that a date in September is acceptable.

For all of the reasons, the Defendant requests that the Court reschedule the Sentencing date as requested herein.

Respectfully submitted,
Defendant, Ann Marie Czaplicki
By her Attorney,

Judith C. Knight, Esq.
342 Main Street
Great Barrington, MA 01230
413- 528-4800 (telephone)
413-528-9988 (facsimile)
BBO #551896

\\hs1\shared\Judy\jknight\litigation\criminal FED\czaplicki\Czaplicki.mot. to cont. 07.2005.rtf

## CERTIFICATE OF SERVICE

I, Judith C. Knight hereby certify that on this 13 day of July, 2005, I served **DEFENDANT'S MOTION TO CONTINUE SENTENCING DATE** upon the relevant parties via first class mail, postage prepaid to:

**Paul Hart Smyth**
**Assistant U.S. Attorney**
**U.S District Court**
**1550 Main Street**
**Third Floor**
**Springfield, MA 01103**

_____
Judith C. Knight, Esquire