AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____  _____ MASSACHUSETTS _____

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**

ANN MARIE CZAPLICKI
59 ALLEN STREET
EAST LONGMEADOW, MA 01028

Case Number:    04-30007-MAP

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>UNITED STATES DISTRICT COURT<br>1550 Main Street<br>Springfield, MA 01103 | Room<br>Courtroom Three |
|---|---|
| | Date and Time<br>November 8, 2006, at 2:00 p.m. |
| Before:   Hon. Kenneth P. Neiman, U.S. Magistrate Judge | |

To answer a(n)
☐ Indictment    ☐ Information    ☐ Complaint    ☒ Violation Notice    ☐ Probation Violation Petition

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

Violation of Probation/Supervised Release

_____
Signature of Issuing Officer

October 23, 2006
Date

Bethaney A. Healy, Deputy Clerk
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me | Date |
| Check one box below to indicate appropriate method of service |

☐ Served personally upon the defendant at: _____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned _____      _____
         Date                          Name of United States Marshal

                                       _____
                                       (by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.