# United States District Court
## District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | WAIVER OF PROBABLE CAUSE HEARING |
| ) | |
| ANN MARIE CZAPLICKI, ) | |
| Defendant ) | Case Number: 04-30007-MAP |

I, ANN MARIE CZAPLICKI , understand that in the ___ District of _ Massachusetts charges are pending alleging violation of supervised release _ and that I have been arrested in this District and taken before a United States Magistrate Judge, who informed me of the charge and of my right to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel,

(2)     a probable cause hearing prior to and independent of a revocation hearing;

I HEREBY WAIVE (GIVE UP) MY RIGHT TO:

( )     retain counsel, or request the assignment of counsel,

(X)     a probable cause hearing,

and, therefore, consent to the issuance of an order requiring my appearance before the sentencing judge in the original matter pending in this district.

_____
Signature of Defendant

11/9/06
_____
Date

_____
Signature of Defense Counsel