**04 CR 30007-MAP**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Tara Czaplicki*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) *Tara Czaplicki*   C. Date of Delivery *3/20/07* |
| 1. Article Addressed to:<br><br>Ann Marie Czaplicki<br>59 Allen St<br>East Longmeadow MA<br>01028 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |

2. Article Number (Transfer from service label)  7006 0100 0003 8040 2557

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

UNITED STATES POSTAL SERVICE   SPRINGFIELD MA   First-Class Mail Postage & Fees Paid USPS Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

U.S. District Court
1550 Main St  5th Fl
Spfld  MA  01103

3:04 CR 30007-MAP