# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>ANN MARIE CZAPLICKI<br>59 ALLEN STREET<br>EAST LONGMEADOW, MA 01028<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    04-30007-MAP |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| Place<br>UNITED STATES DISTRICT COURT<br>1550 Main Street<br>Springfield, MA 01103 | Room<br>Courtroom Three |
| | Date and Time<br>May 29, 2007 at 2:00 p.m. |
| Before:    Hon. Kenneth P. Neiman, U.S. Magistrate Judge | |

To answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☒ Violation Notice    ☐ Probation Violation Petition

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

Violation of Probation/Supervised Release


_____    May 23, 2007
Signature of Issuing Officer             Date

Bethaney A. Healy, Deputy Clerk
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

**RETURN OF SERVICE**

| | Date |
|---|---|
| Service was made by me | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned _____            _____
         Date                    Name of United States Marshal

                                 _____
                                 (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.