UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )   CRIMINAL NO. 04-30007-MAP<br>)<br>ANN MARIE CZAPLICKI,   )<br>    Defendant.   )<br>) | |

DEFENDANT'S ASSENTED TO MOTION TO
CONTINUE PROBATION VIOLATION HEARING

    Now comes the Defendant, Ann Marie Czaplicki, and through her attorney, requests that this Court reschedule the Defendant's hearing on the alleged violation of probation from January 11, 2008 at 2:00 p.m. to February 20, 2008 at 2:00 p.m. or another date convenient to this Court for hearing.

    As reasons therefore, the Defendant states that her counsel is unavailable to appear on January 11, 2008 due to a family matter. Defense counsel alerted Probation and the AUSA assigned to this case and each assent to the requested continuance and rescheduling of the matter. Further, the Defendant has a matter pending still in state court which all parties have previously believed it would be prudent to allow that mater to conclude prior to going forward on the aforementioned violation hearing.

    Much of the recent delay in scheduling this matter was due to issues the Defendant has been having involving her physical and mental health, which issues are currently being treated and addressed at the Griswold Center in Palmer, Massachusetts. The Defendant states that the additional time will also be beneficial by

allowing her time to continue to address those issues.

        Respectfully submitted,

        For the Defendant,

        /s/ Judith C. Knight
        JUDITH C. KNIGHT, ESQ.
        342 Main Street
        Great Barrington, MA 01230
        BBO # 551896
        413-528-0505
        413-528-0101

**CERTIFICATE OF SERVICE**

    I, Judith C. Knight, hereby certify that this document filed through the ECF System will be sent electronically to registered participants as identified on the notice of electronic filing and that copies of the papers will be sent to those identified as non-registered participants on this 10th day of January, 2008.

        /s/ Judith C. Knight
        Judith C. Knight