```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA        )
                                )
            v.                  ) No. 04-CR-30007-MAP
                                )
ANN MARIE CZAPLICKI             )

<u>ORDER RE: VIOLATION OF SUPERVISED RELEASE</u>

February 28, 2008

PONSOR, D.J.

Defendant appeared with counsel on February 20, 2008 for a hearing on several charges that she has violated the terms of her supervised release. At the hearing, Defendant admitted to Violations 1, 3, 4, 5, 7, and 8. The court, after weighing the evidence, found violations on all the remaining charges.

The court declined to revoke Defendant's term of supervised release, but added additional conditions as follows:

   1.   One year home confinement with electronic monitoring, with Defendant relieved of the costs of the monitoring during the first six months of confinement, or until she obtains employment.

   2.   The original restitution order suspended for six months, or until Defendant obtains employment.

   3.   Defendant to continue in mental health

treatment, with the probation officer empowered to contact Defendant's clinician by telephone to confirm her regular attendance. It was understood at the hearing that the term of home confinement would not bar efforts by Defendant to obtain employment, bar her employment if she obtains it, or bar her attendance at sessions with her mental health clinician.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge